UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA GONZALEZ SALAZAR,<br><br>                       Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Center, et al.,<br><br>                    Respondents. | Case No.: 25-CV-2784 JLS (VET)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 13) |

On November 3, 2025, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 8), and Petitioner was released from custody (ECF No. 9). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 18. Petitioner requested multiple extensions to file the attorney fee application and corresponding billing records—most recently until February 20, 2026. ECF No. 13. February 20, 2026, has come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

/ / /

25-CV-2784 JLS (VET)

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

    **IT IS SO ORDERED.**

Dated: February 25, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-2784 JLS (VET)